# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL A. CHAMBERS,<br><br>             Petitioner,<br><br>          v.<br><br>KATHLEEN ALLISON, Warden,<br><br>             Respondent. | NO. CV 05-4527 MMM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 15, 2011.

                                                              MARGARET M. MORROW<br>
                                                   UNITED STATES DISTRICT JUDGE